440 So.2d 757 (1983)
Thelma Raizen, wife of/and Alvin PAILET
v.
CITY OF NEW ORLEANS, DEPARTMENT OF SAFETY AND PERMITS.
CITY PARK MID-CITY IMPROVEMENT ASSOCIATION, INC., Mr. and Mrs. Gary Edwards, Mrs. Lillie L. Pittman, Ms. Marilyn Troyani, and Mrs. Mark Shafer
v.
Dr. & Mrs. Alvin PAILET.
No. 83-C-1856.
Supreme Court of Louisiana.
November 4, 1983.
Denied.
DENNIS and BLANCHE, JJ., would grant the writ.